## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**LAWANNA L HOLMES**                    **CASE NO.  2:20-CV-01130**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**SERVICE COMPANIES INC**               **MAGISTRATE JUDGE KAY**

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to

Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) filed by The Service Companies, Inc. ("TSC")

(Doc. 5) is hereby **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 23rd day of February, 2021.


**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**